UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES "JAMIE" MARSICANO<br><br>    Plaintiff,<br>v.<br><br>SPECIAL AGENT RYAN LONG, individually; SPECIAL AGENT MICHAEL CARTER, individually; GAME WARDEN QUINTIN REED, individually; TROOPER CL. THOMAS, individually; DEPUTY CHIEF JESSICA BRUCE, individually; MAJOR JEFF CANTIN, individually; DEPUTY CHIEF GARY HARPER, individually; JOHN AND JANE DOE'S 1-100, employees, agents, and officers of several Georgia law enforcement agencies; and CITY OF ATLANTA, Georgia municipality,<br><br>    Defendants. | Civil Action No. 1:25-cv-00944-TRJ<br><br>Judge: Tiffany R. Johnson<br><br><br>**JOINT MOTION FOR STAY OF<br>PROCEEDINGS** |

**COMES NOW**, the Plaintiff, James "Jamie" Marsicano, through undersigned Counsel, jointly with Defendants, before this Court, to file this JOINT MOTION FOR STAY OF PROCEEDINGS, requesting that this Court STAY all proceedings of this case until after such time as a final judgment has been issued in each of the following Georgia state cases, against the Plaintiff individually: 1) DeKalb County case D0293186, including any future case number associated with this arrest warrant number; and 2) Fulton County Superior Court case 23SC189192.

The parties agree that, at the conclusion of both criminal matters, notice is to be provided to this Court within 30 days of final judgment in both proceedings. The parties respectfully

request that, after the disposition of both matters, and upon lift of the Stay, this Court GRANT 45 DAYS from the disposition of both proceedings for Defendants to serve their responsive pleadings.

In support of this Joint Motion, Plaintiff refers this Court to the contemporaneously filed MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S JOINT MOTION FOR STAY OF PROCEEDINGS.

DATED, this the 31st day of March, 2025.

/s/ Xavier Torres de Janon
Xavier T. de Janon
*Attorney for Plaintiff*
P.O. Box 5382
Charlotte, North Carolina 28299
Tel: (704) 448-9170
E-mail: xavier@dejanon.co

/s/ Sandy Milord
Sandy Milord
*Attorney for Defendants Jessica Bruce, Jeff Cantin, Gary Harper, and City of Atlanta*
Department of Law
City of Atlanta
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
Tel.: (404) 546-4146
E-mail: smilord@atlantaga.gov

/s/ Paul Henefeld
Paul Henefeld
*Attorney for Defendants Ryan Long, Michael Carter, Quintin Reed, and Cl. Thomas*
Henefeld & Green, P.C.
3017 Bolling Way NE
Suite 129
Atlanta, GA 30305
Tel.: (678) 856-3512
E-mail: PHenefeld@HenefeldGreen.com

# CERTIFICATE OF SERVICE

I hereby certify that <u>PLAINTIFF'S JOINT MOTION FOR STAY OF PROCEEDINGS</u>, was filed and served on all the parties via the CM/ECF system and/or email to counsel of record as set out below:

**<u>ATTORNEY FOR DEFENDANTS RYAN LONG, MICHAEL CARTER, QUINTIN REED, AND CL. THOMAS:</u>**

Paul Henefeld
Henefeld & Green, P.C.
3017 Bolling Way NE
Suite 129
Atlanta, GA 30305
Tel.: (678) 856-3512
E-mail: PHenefeld@HenefeldGreen.com

**<u>ATTORNEY FOR DEFENDANTS JESSICA BRUCE, JEFF CANTIN, GARY HARPER, AND CITY OF ATLANTA:</u>**

Sandy Milord
Department of Law
City of Atlanta
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
Tel.: (404) 546-4146
E-mail: smilord@atlantaga.gov

DATED, this the 31st day of March, 2025.

/s/ Xavier Torres de Janon
Xavier T. de Janon
*Attorney for Plaintiff*
P.O. Box 5382
Charlotte, North Carolina 28299
Tel: (704) 448-9170
E-mail: xavier@dejanon.co