UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES "JAMIE" MARSICANO, | ) Civil Action No. 1:25-cv-00944-TRJ |
| Plaintiff, | ) Judge: Tiffany R. Johnson |
| v. | ) |
| SPECIAL AGENT RYAN LONG, individually; SPECIAL AGENT MICHAEL CARTER, individually; GAME WARDEN QUINTIN REED, individually; TROOPER CL. THOMAS, individually; DEPUTY CHIEF JESSICA BRUCE, individually; MAJOR JEFF CANTIN, individually; DEPUTY CHIEF GARY HARPER, individually; JOHN AND JANE DOE'S 1-100, employees, agents, and officers of several Georgia law enforcement agencies; and CITY OF ATLANTA, Georgia municipality, | ) |
| Defendants. | ) |

## ORDER
## PLAINTIFF'S JOINT MOTION FOR STAY OF PROCEEDINGS

Having considered Plaintiff's Joint Motion for Stay of Proceedings, it is **HEREBY**

**ORDERED** that:

I. Plaintiff's Joint Motion for Stay of Proceedings is **GRANTED**;

II. All proceedings of this case are **STAYED** until after such time as a final judgment has been issued in each of the following Georgia state cases, against the Plaintiff individually: 1) DeKalb County case D0293186, including any future case number associated with this arrest warrant number; and 2) Fulton County Superior Court case 23SC189192;

III. At the conclusion of both aforementioned criminal matters, notice **SHALL** be provided to this Court **WITHIN 30 DAYS** of final judgment in both proceedings; and

IV. After the disposition of both matters, and upon lift of the Stay, this Court **GRANTS 45 DAYS** from the disposition of both proceedings for Defendants to serve their responsive pleadings.

**IT IS SO ORDERED.**

DATED: _____.     _____

                                                                                        Judge Presiding