# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES "JAMIE" MARSICANO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPECIAL AGENT RYAN LONG, )<br>individually, )<br>SPECIAL AGENT MICHAEL CARTER, )<br>individually, )<br>GAME WARDEN QUINTIN REED, )<br>individually, )<br>TROOPER CL. THOMAS, )<br>individually, )<br>DEPUTY CHIEF JESSICA BRUCE, )<br>individually, )<br>MAJOR JEFF CANTIN, )<br>individually, )<br>DEPUTY CHIEF GARY HARPER, )<br>individually, )<br>JOHN AND JANE DOE'S 1-100, )<br>Employees, and officers of several Georgia )<br>law enforcement agencies, and )<br>CITY OF ATLANTA, )<br>Georgia municipality, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO: 1:25-cv-00944 |

## NOTICE AND ENTRY OF APPEARANCE OF COUNSEL

**COME NOW**, Counsels for the City of Atlanta, Deputy Chief Jessica Bruce,

Major Jeff Cantin, and Deputy Chief Gary Harper ("Defendants"), hereby notify all

parties of the appearance of **SANDY MILORD** and **JARED CASTO,** with the City of Atlanta Department of Law, on behalf of Defendants in the above-styled matter.

All future pleadings and correspondence addressed to the Defendants should be addressed and directed to the undersigned attorneys.

This 31st day of March 2025.

        RESPECTFULLY SUBMITTED,

        **PATRISE PERKINS-HOOKER**
        **City Attorney**
        **Georgia Bar 572358**
        **(please direct all communications to the undersigned attorneys)**

        /s/ Sandy Milord
        **Sandy Milord**
        Senior Attorney IV
        Georgia Bar No. 622391
        (404) 546-4146 *Direct*
        smilord@atlantaga.gov

        */s/ Jared Casto*
        **JARED CASTO**
        Associate Attorney
        Georgia Bar No 216492
        (470) 858-7102 *Cell*
        jacasto@atlantaga.gov

        **Attorneys for Deputy Chief Jessica Bruce, Major Jeff Cantin, Deputy Chief Gary Harper and the City of Atlanta**

**City of Atlanta Department of Law**
55 Trinity Avenue SW, Suite 5000

Atlanta, Georgia 30303
Office: 404-546-4100 (*main*)
(404) 494-1625 (efax)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMES "JAMIE" MARSICANO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPECIAL AGENT RYAN LONG, )<br>individually, )<br>SPECIAL AGENT MICHAEL CARTER, )<br>individually, )<br>GAME WARDEN QUINTIN REED, )<br>individually, )<br>TROOPER CL. THOMAS, )<br>individually, )<br>DEPUTY CHIEF JESSICA BRUCE, )<br>individually, )<br>MAJOR JEFF CANTIN, )<br>individually, )<br>DEPUTY CHIEF GARY HARPER, )<br>individually, )<br>JOHN AND JANE DOE'S 1-100, )<br>Employees, and officers of several Georgia )<br>law enforcement agencies, and )<br>CITY OF ATLANTA, )<br>Georgia municipality, )<br>)<br>    Defendants. ) | CIVIL ACTION<br>FILE NO: 1:25-cv-00944 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing ***ENTRY OF APPEARANCE OF COUNSEL*** through electronic means as permitted by O.C.G.A. § 9-11-5(f)(4) via Odyssey eFileGA to the following counsel of record:

This 31st day of March 2025.

Drago Cepar, Jr.
**THE PARNELL LAW GROUP**
1900 The Exchange, Suite 490
Atlanta, Georgia 30339
dcepar@gmail.com

Xavier T. de Janon
P.O. Box 5382
Charlotte, North Carolina 28299
xavier@dejanon.com

**RESPECTFULLY SUBMITTED**

/s/ Sandy Milord
**Sandy Milord**
Senior Attorney IV
Georgia Bar No. 622391
(404) 546-4146 *Direct*
smilord@atlantaga.gov

**Attorneys for Deputy Chief Jessica Bruce, Major Jeff Cantin, Deputy Chief Gary Harper and the City of Atlanta**

**City of Atlanta Department of Law**
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4100 (*main*)
(404) 494-1625 (efax)