IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES JAMIE MARSICANO,

 Plaintiff,

  v.

SPECIAL AGENT RYAN LONG, *et al.*,

 Defendants.

CIVIL ACTION NO.
1:25-cv-00944-TRJ

# ORDER

  This matter is before the Court on the parties' Joint Motion for Stay of Proceedings. (Doc. 10). The parties request a stay of this case until such time that a final judgment has been issued in two state court criminal matters that are currently pending against Plaintiff James "Jamie" Marsicano. (*Id.* at 1).

  "[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted); *Ortega Trujillo v. Conover & Co. Commc'ns, Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000). A district court may "stay a case pending the resolution of related proceedings in another forum[.]" *Ortega Trujillo*, 221 F.3d at 1264. On March 5, 2023, Plaintiff was arrested in Atlanta, Georgia, resulting in the subsequent issuance of an arrest warrant and indictment against him. (Doc. 10-1 at 2). The arrest warrant gave rise to DeKalb County case D0293186. (*Id.*) The indictment gave rise to Fulton County Superior Court case 23SC189192. (*Id.*) All of Plaintiff's claims in this action relate to his arrest, arrest warrant, and indictment. (*Id.*)

Accordingly, upon review and consideration, the parties' Joint Motion for Stay of Proceedings (Doc. 10) is **GRANTED**. The Court **STAYS** this case until such time that a final judgment has been issued in the two criminal matters that are currently pending against Plaintiff. No later than **30 days** after the conclusion of both criminal matters, the parties are **ORDERED** to provide this Court with written notice of the final judgment. Upon providing notice to the Court, Defendants shall have **30 days** to file their responsive pleadings to Plaintiff's Complaint in this action.

SO ORDERED, this 2nd day of April, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge